

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Ola Kathleen Parker, Independent Executor of the Estate of J. Loyd Parker, III, Deceased, | § § | No. 08-19-00121-CV Appeal from the |
| Appellant, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| Michelle Elise Parker Jordan and Allison Renee Parker, | § § | (TC# 16-03-21432-CVR) |
| Appellees. | § | |

# O R D E R

The Court GRANTS the Appellant's motion to reconsider denial of oral argument. Therefore, the May 22, 2020 submission setting is vacated. The above styled and numbered cause will be rescheduled for oral argument at a later date.

IT IS SO ORDERED this 23rd day of April, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.